1 Krsto Mijanovic (Bar No. 205060)
  *kmijanovic@hbblaw.com*
2 Annette F. Mijanovic (Bar No. 264638)
  *amijanovic@hbblaw.com*
3 Lisa R. Hsiao (Bar No. 289473)
  *lhsiao@hbblaw.com*
4 HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
5 Los Angeles, California 90071
Telephone: 213.542.8000
6 Facsimile: 213.542.8100

7 Attorneys for Defendant
BROAN-NUTONE, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC, a Delaware Corporation, and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 2:16-cv-05101 RGK (JCx)<br><br>**[PROPOSED] ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial: July 11, 2017 |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff STATE FARM GENERAL INSURANCE COMPANY and defendant BROAN-NUTONE LLC (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

DATED: June 20, 2017

*Gary Klausner*

Hon. R. Gary Klausner
Judge, United States District Court